**George V. FULLER, Appellant**

v.

**R. James AKERS, Agent, FBI, Dallas, Texas and Michael S. Clemens, Acting Unit Chief, Public Corruption Unit, FBI, Washington, D.C., Appellees**

No. 00–5443.

United States Court of Appeals, District of Columbia Circuit.

April 20, 2001.

Rehearing en Banc Denied May 17, 2001.

Before HARRY T. EDWARDS, Chief Judge, STEPHEN F. WILLIAMS and GINSBURG, Circuit Judges.

JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's order filed November 16, 2000, be affirmed substantially for the reasons stated therein.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.